## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tim Mackey and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, Tim Mackey and John Nesse as Trustees of the Minnesota Laborers Pension Fund, James Brady and Martha Henrickson as Trustees of the Minnesota Laborers Vacation Fund, Gary Reed and John Bartz as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Dan Olson and Chris Born as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, and the Funds themselves, | Case No. 14-cv-3846 (SRN/SER) |

Plaintiffs,

v.

**ORDER OF DISMISSAL**

NBC, Inc.,

Defendant.

Based upon the Notice of Voluntary Dismissal filed by the plaintiff on November 10, 2014 [Docket No.  10],

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed without prejudice.

Dated: November 13, 2014

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge